IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PATRICK D. ARCHER,

Plaintiff,

v.

BRAD FINKELDEI, et al.,

Defendants.

Case No. 26-cv-2553-JWB-JBW

**ORDER FOR REDACTION**

Federal Rule of Civil Procedure 5.2(a)(3) requires that court filings containing the name of an individual known to be a minor only include "the minor's initials" and not his or her full name.[1] The Affidavit of Financial Status (Dkt. 3-1) ("Financial Affidavit") and Exhibit 2 to the Complaint (Dkt. 1-2) ("Exhibit 2") filed by Plaintiff contain the name of a minor. The Court orders the minor's name be redacted from these court filings.

Plaintiff has also included in his Financial Affidavit the name, address, and phone number of his ex-spouse, who is not a party in this case. Pursuant to Fed. R. Civ. P. 5.2(e), the Court orders the redaction of this additional non-party's personal information from Plaintiff's Financial Affidavit. The Court therefore directs the Clerk's Office to seal Plaintiff's Financial Affidavit and Exhibit 2 and file redacted versions of those documents that obscure the minor's name and the non-party's personal information.

[1] The Court's form affidavit also instructs the applicant to "provide only first, middle, and last initial for minor children."

IT IS SO ORDERED.

Dated September 30, 2026, at Kansas City, Kansas.

Jennifer B. Wieland
U. S. Magistrate Judge